**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

HAROLD K. WALDMAN,

        Petitioner

        v.

BOROUGH OF FOX CHAPEL ZONING
HEARING BOARD AND BOROUGH OF
FOX CHAPEL AND JAMES AND
CHRISTINE LUKETICH,

        Respondents

:  No. 98 WAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.